**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Fareed Nassor Hayat *

*

v. Case No. 8:20-cv-02994-LKG

*

Sgt. Casey Diaz, et al.

*

**NOTICE OF FILING OF PHYSICAL EXHIBIT**

Exhibit 14 which is an attachment to Memo in Support of MSJ cannot be converted to PDF format and filed electronically. It exists on a physical medium (e.g., CD, flash drive, etc.) and will be filed with the Clerk's Office in its physical format.

I certify that, within 24 hours of the filing of this Notice, I will file and serve physical copies of the exhibit identified above.

July 24, 2024
Date

Jeannette L. Frumkin
Signature

Jeannette L. Frumkin, Bar No. 12683
Printed Name and Bar Number

101 Monroe St, Third Fl, Rockville, MD 20850
Address

jeannette.frumkin@montgomerycountymd.gov
Email Address

240-777-6700
Telephone Number

240-777-6705
Fax Number

EXHIBIT 14