# <u>Plaintiff's Exhibit B</u>