**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| FAREED NASSOR HAYAT,<br><br>Plaintiff,<br><br>v.<br><br>SGT. CASEY DIAZ, *et al.*,<br><br>Defendants. | Civil Action No. 20-cv-02994-LKG<br><br>Dated: February 12, 2025 |

**ORDER**

For the reasons stated in the Court's memorandum opinion dated February 12, 2025, the Court:

1. **GRANTS** the Defendants' motion for summary judgment; and
2. **DISMISSES** this complaint.

The Clerk is **DIRECTED** to **CLOSE** the case.

Each party to bear own costs.

Judgment shall enter accordingly.

**IT IS SO ORDERED.**

s/Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge